

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00279-CV
_____

IN THE INTEREST OF COURTNEY MARIE BRISCO

On Appeal from County Court Number 1
Randall County, Texas
Trial Court No. 78,341-L1; Honorable James Anderson, Presiding

December 10, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

By *Order of Severance* dated November 17, 2021, this court severed an attempt to appeal the trial court's *Order for Enforcement by Contempt and Suspension of Commitment* filed by Appellant, Courtney Marie Brisco, in an appeal from the trial court's *Final Decree of Divorce*. Brisco was directed to show cause why her attempt to appeal an order of enforcement should not be dismissed for want of jurisdiction.

On November 30, 2021, Brisco responded to this court's inquiry. Rather than pursue an appeal, she has "chosen to forgo [her] appeal for Order for Enforcement and Suspension of Commitment." This court interprets her response as a voluntary request to withdraw her notice of appeal from the order for enforcement. Her request is granted and the appeal is hereby dismissed.

Having dismissed this appeal at Brisco's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam